UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-4316(JMR/FLN)

| | |
|---|---|
| Inez Hunter ) | |
| ) | |
| v.   ) | ORDER |
| ) | |
| Barry Johnson et. al.   ) | |

Plaintiff timely objected to the Report and Recommendation [Docket No. 169] issued June 27, 2008, by the Honorable Franklin L. Noel, United States Magistrate Judge.  The Magistrate recommended dismissing the only remaining claims against Woodbury Community Land Trust, and closing the case.

After a <u>de novo</u> review of the record, the Court adopts the Report and Recommendation.  Accordingly, IT IS ORDERED that all remaining claims in the above-referenced case are dismissed, and the Clerk of Court is directed to close this case.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  August 4, 2008

<u>S/ James M. Rosenbaum</u>
JAMES M. ROSENBAUM
United States District Judge